Dated: 25 May 2010 01:50 PM

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 03-4, KENNETH J.HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ Dorothea Hutchins
**Deputy Clerk**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | James Knox | ) Chapter 13 Case No. 09-15270-B |
| | XXX-XX-3405 | ) |
| | | ) Hon. Randolph Baxter |
| | | ) |
| | Debtor | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for hearing on May 20, 2010 upon the Trustee's Motion to Dismiss Case for Failure to Fund ("Trustee's Motion"), and upon the Response thereto filed by the debtor. The Response to Trustee's Motion filed by the debtor is hereby overruled.

The Trustee's Motion is granted, and the case is hereby dismissed for the following reason(s):

The Debtor is in material default in funding the Plan. The Debtor received notice that failure to make required plan payments could result in dismissal without further notice or hearing through the "Additional Notices for Chapter 13 Cases in Cleveland, Ohio" attached to the court-issued "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines."

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

**SERVICE LIST**

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Gary Axner, Attorney for Debtor (served via ECF)

James Knox, Debtor
2762 East 125th St
Cleveland OH 44120

Thomas & Betts, Employer
Attn:  Payroll, 8155 Thomas & Betts Blvd.
Memphis TN 38125


CS/bas
05/25/10

###